UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WALTER CHARRON,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C10-5489KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application to proceed *in forma pauperis* (Dkt. #1-#4) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

    DATED this 12th day of August, 2010.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER - 1