United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTER CHARRON, ) | |
| ) | CASE NO. 3:10-CV-5489-RBL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR EAJA FEES, EXPENSES, |
| ) | AND COSTS |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney fees of $3,291.12 and expenses of $24.54, for a total of $3,315.66, shall be awarded to Plaintiff. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Amy Gilbrough, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Amy Gilbrough, at 1904 Third Ave., Suite 1030, Seattle, Washington 98101. There are mo costs under 28 U.S.C. §1920.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No. 3:10-CV-5489-RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

Dated this 7th day of July, 2011.

          /s/ Ronald B. Leighton
          RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No. 3:10-CV-5489-RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900