# United States District Court

WESTERN DISTRICT OF WASHINGTON

WALTER CHARRON

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5489RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation except as set forth in this Order.

The ALJ erred as described in the Report and Recommendation and as modified by this Order.

The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

|  |  |
|---|---|
| July 11, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |